**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 2, 2013

_____

DOCKET CORRECTION NOTICE
_____

No.  12-4659 (L), <u>US v. Aaron Graham</u>
        1:11-cr-00094-RDB-1

TO:    Nathan Freed Wessler

MOTION DUE:  July 9, 2013

Please file the motion identified below by the due date indicated using the **MOTION** entry.

---

  [ X ] **MOTION for leave to file attachment** to amicus brief.


Donna Lett, Deputy Clerk
804-916-2704