UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 12-4659; 12-4825 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: American Civil Liberties Union Foundation; American Civil Liberties Union Foundation of Maryland; CDT; EFF; NACDL as the
(party name)

[ ] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [✓] amicus curiae  [ ] intervenor(s)

/s/ Nathan Freed Wessler
(signature)

| | |
|---|---|
| Nathan Freed Wessler | 212 569 2500 |
| Name (printed or typed) | Voice Phone |
| American Civil Liberties Union Found. | 212 549 2654 |
| Firm Name (if applicable) | Fax Number |
| 125 Broad St. 18th Floor. | |
| New York, NY 10004 | nwessler@aclu.org |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on 07/01/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Nathan Freed Wessler                                                                                       07/01/2013
Signature                                                                                                                      Date

11/17/2011
SCC